**Exhibit A to the Complaint**

**Location:** Wellesley, MA  
**Total Works Infringed:** 33

**IP Address:** 108.20.177.193  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash:<br>268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 01-28-2023 03:57:19 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 2 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-17-2023 07:31:57 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 3 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash:<br>C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01-16-2023 18:18:07 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 4 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash:<br>BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 01-15-2023 12:20:58 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 5 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash:<br>E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 01-12-2023 16:35:42 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 6 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-12-2023 16:27:58 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 7 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash:<br>18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-12-2023 16:18:21 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 8 | Info Hash: 6F7FEDC828C32D0331A56BC4D128FA8C0D35CA84<br>File Hash:<br>8AB6544AB5A6CF659AB4251D5E067C2303DBD0E385C788FD5E496C6D5C0E3545 | 01-12-2023 15:58:40 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 9 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-12-2023 15:56:55 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 10 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash:<br>12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 01-07-2023 23:38:24 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 11 | Info Hash: B56C320DF91A81F620DE09BF052BC98867A3D5CC<br>File Hash:<br>E6D293B01CF18FA42CCA055FB29DDA520699650FA64D2AAB6975975B2D3C81C6 | 01-07-2023 23:03:00 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-07-2023 22:16:23 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 13 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-11-2022 21:48:50 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 14 | Info Hash: 9FD030F39D82AEE61DD8AB857E9909A0BE1C8CA1<br>File Hash: 8C3DAACA6DC292B5883A77B6BC1E4132AD50581A1B1EE79D0C37A1B7F6D35E05 | 12-09-2022 07:06:17 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 15 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 11-24-2022 01:34:46 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 16 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11-24-2022 01:29:59 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 17 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-19-2022 02:17:41 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 18 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-19-2022 02:12:12 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 19 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-06-2022 00:49:02 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 20 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash: EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 10-30-2022 02:46:16 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 21 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-30-2022 02:37:52 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 22 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 10-23-2022 15:52:40 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 23 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 10-23-2022 15:49:33 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-14-2022 04:04:14 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 25 | Info Hash: 5036A7CFAA59E71074D8758BB7D76C27F540BD05<br>File Hash: A7888149AD0468875E9074442BBD47D96EE2FE267C49E544B9717B6F2091E8ED | 10-14-2022 03:43:42 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 26 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-14-2022 03:32:21 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 27 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-14-2022 03:20:08 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 28 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 10-03-2022 12:20:52 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 29 | Info Hash: 720BD54DC91FCDA2A82F0F1E95A74EC2FAFF0DDC<br>File Hash: 8746C503E2BBAE805C28AD87A22566335199650A638A6AE3B697CF21DA0DF0D6 | 10-01-2022 22:10:11 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 30 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 10-01-2022 21:25:10 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 31 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash: CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-24-2022 01:42:50 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 32 | Info Hash: EA8A415D6E56D1DD4B3F444CEFBEB86790AE0B11<br>File Hash: E65ADFC198F21D8303A1094DD0BE8BD07040ABEBF52FAAFEDB709989FE23B706 | 09-24-2022 01:24:54 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 33 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09-24-2022 00:00:26 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |